IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR GLENN ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:04-cv-1116-F |
| ) | WO |
| DONAL CAMPBELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 9, 2005 (Doc. #17), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice.

DONE this 21st day of April, 2005.

          /s/ Mark E. Fuller
    CHIEF UNITED STATES DISTRICT JUDGE