IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR GLENN ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:04-cv-1116-F |
| | )            WO |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and

against the plaintiff and that this action is DISMISSED without prejudice.

DONE this 21st day of April, 2005.

                                                   /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE